# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | Regent Communications, Inc. | | |
| **Case Number:** | 10-10632-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 02, 2010 09:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## *Matter:*

First Day Motions
**R / M #:**   16 / 0

## *Appearances:*

SEE ATTACHED COURT SIGN-IN-SHEET

## *Proceedings:*

HEARING HELD. AGENDA ITEMS:
#1 -  Petition
#2 - Declaration of Anthony A. Vasconcellos - Admitted
#3 -  ORDER SIGNED
#4 - ORDER SIGNED
#5 - ORDER SIGNED
#6 - ORDER SIGNED
#7 - ORDER SIGNED
#8 - ORDER SIGNED
#9 - ORDER SIGNED
#10 -  ORDER SIGNED
#11 -  ORDER SIGNED
#12 -  ORDER SIGNED
#13 - Date Set 3/22/10 @ 10:00 am
#14 - Date Set - Disclosure State 3/22/10 @ 10:00 am;  Confirmation 4/9/10 @ 10:00 am; ORDER SIGNED