IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REGENT COMMUNICATIONS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10632 (KG)<br><br>Jointly Administered<br><br>**Related Docket Nos. 127 & 128** |

**NOTICE OF FILING OF PLAN SUPPLEMENT TO DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION**

TO: (A) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (B) COUNSEL FOR ADMINISTRATIVE AGENT TO THE PREPETITION LENDERS; (C) COUNSEL TO OAKTREE CAPITAL MANAGEMENT, L.P.; (D) COUNSEL FOR GENERAL ELECTRIC CAPITAL CORPORATION; (E) THE CREDITORS LISTED ON THE DEBTORS' CONSOLIDATED LIST OF 30 LARGEST UNSECURED CREDITORS, AS FILED WITH THE DEBTORS' CHAPTER 11 PETITIONS; (F) THE INTERNAL REVENUE SERVICE; (G) THE SECURITIES AND EXCHANGE

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Regent Communications, Inc., a Delaware corporation (2857); B & G Broadcasting, Inc., a Delaware corporation (9111); Livingston County Broadcasters, Inc., an Illinois corporation (2024); Regent Broadcasting, LLC, a Delaware limited liability company (1632); Regent Broadcasting Management, LLC, a Delaware limited liability company (5451); Regent Broadcasting of Albany, Inc., a Delaware corporation (7566); Regent Broadcasting of Bloomington, Inc., a Delaware corporation (2658); Regent Broadcasting of Buffalo, Inc., a Delaware corporation (7815); Regent Broadcasting of Chico, Inc., a Delaware corporation (1263); Regent Broadcasting of Duluth, Inc., a Delaware corporation (9495); Regent Broadcasting of El Paso, Inc., a Delaware corporation (1469); Regent Broadcasting of Erie, Inc., a Delaware corporation (8859); Regent Broadcasting of Evansville/Owensboro, Inc., a Delaware corporation (9510); Regent Broadcasting of Flagstaff, Inc., a Delaware corporation (3259); Regent Broadcasting of Flint, Inc., a Delaware corporation (6474); Regent Broadcasting of Ft. Collins, Inc., a Delaware corporation (9503); Regent Broadcasting of Grand Rapids, Inc., a Delaware corporation (6790); Regent Broadcasting of Kingman, Inc., a Delaware corporation (3260); Regent Broadcasting of Lafayette, LLC, a Delaware limited liability company (5450); Regent Broadcasting of Lake Tahoe, Inc., a Delaware corporation (1261); Regent Broadcasting of Lancaster, Inc., a Delaware corporation (9505); Regent Broadcasting of Lexington, Inc., a Delaware corporation (0854); Regent Broadcasting of Mansfield, Inc., a Delaware corporation (6796); Regent Broadcasting Midwest, LLC, a Delaware limited liability company (5369); Regent Broadcasting of Palmdale, Inc., a Delaware corporation (5821); Regent Broadcasting of Peoria, Inc., a Delaware corporation (9348); Regent Broadcasting of Redding, Inc., a Delaware corporation (1262); Regent Broadcasting of San Diego, Inc., a Delaware corporation (3044); Regent Broadcasting of South Carolina, Inc., a Delaware corporation (3151); Regent Broadcasting of St. Cloud, Inc., a Delaware corporation (9265); Regent Broadcasting of St. Cloud II, Inc., a Minnesota corporation (6304); Regent Broadcasting of Utica/Rome, Inc., a Delaware corporation (1480); Regent Broadcasting of Watertown, Inc., a Delaware corporation (1476); Regent Broadcasting West Coast, LLC, a California limited liability company (8962); Regent Licensee of Chico, Inc., a Delaware corporation (1681); Regent Licensee of Erie, Inc., a Delaware corporation (8861); Regent Licensee of Flagstaff, Inc., a Delaware corporation (1677); Regent Licensee of Kingman, Inc., a Delaware corporation (9969); Regent Licensee of Lake Tahoe, Inc., a Delaware corporation (2685); Regent Licensee of Lexington, Inc., a Delaware corporation (5710); Regent Licensee of Mansfield, Inc., a Delaware corporation (8147); Regent Licensee of Palmdale, Inc., a Delaware corporation (1678); Regent Licensee of Redding, Inc., a Delaware corporation (1679); Regent Licensee of San Diego, Inc., a Delaware corporation (3036); Regent Licensee of South Carolina, Inc., a Delaware corporation (3136); Regent Licensee of St. Cloud, Inc., a Delaware corporation (9266); Regent Licensee of Utica/Rome, Inc., a Delaware corporation (1482); Regent Licensee of Watertown, Inc., a Delaware corporation (1477). The mailing address for Regent Communications Inc. is Regent Broadcasting Management, LLC, 100 E. RiverCenter Blvd., 9th Floor, Covington, KY 41011.

COMMISSION; (H) THE FEDERAL COMMUNICATIONS COMMISSION; AND (I) ALL PARTIES ENTITLED TO RECEIVE NOTICE UNDER DEL. BANKR. LR 2002-1(b).

PLEASE TAKE NOTICE that on March 22, 2010, the above captioned debtors and debtors in possession (collectively, the "Debtors") filed the *First Amended Joint Plan of Reorganization of Regent Communications and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* dated March 22, 2010 (the "First Amended Plan") [Docket No. 127] and the *First Amended Disclosure Statement for the First Amended Joint Plan of Reorganization for Regent Communications Corporation, et al.* dated March 22, 2010 (the "First Amended Disclosure Statement") [Docket No. 128]. You were previously served with the First Amended Plan and the First Amended Disclosure Statement.

PLEASE TAKE FURTHER NOTICE that, as referenced in the First Amended Plan, attached hereto are the following documents comprising the Plan Supplement in substantially final form:

- Exhibit I – The New Board
- Exhibit II – LLC Agreement
- Exhibit III – New PIK Loan Agreement
- Exhibit IV – New Term Loan Agreement
- Exhibit V – Schedule of Rejected Unexpired Leases
- Exhibit VI – FCC Independent Trust Agreement
- Exhibit VII – FCC Traditional Trust Agreement
- Exhibit VIII – Time Brokerage Agreement
- Exhibit IX – Registration Rights Agreement
- Exhibit X – Securityholders Agreement
- Exhibit XI – Special Warrant Agreement

PLEASE TAKE FURTHER NOTICE that the Debtors reserve the right to alter, amend, modify, or supplement any document in this Plan Supplement.

Dated: March 28, 2010
Wilmington, Delaware

Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Morgan L. Seward (No. 5388)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Josef S. Athanas
Caroline A. Reckler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION