**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| REGENT COMMUNICATIONS, INC., *et al.* | Case No. 10-10632 (KG) |
| Debtors. | (Jointly Administered) |

**STATEMENT THAT UNSECURED CREDITORS'
COMMITTEE HAS NOT BEEN APPOINTED**

**TO: THE CLERK OF THE BANKRUPTCY COURT**

As of the date of this statement, a committee of unsecured creditors has not been appointed by the UNITED STATES TRUSTEE.

( )    Debtors petition/schedules reflect less than three unsecured creditors, (excluding insiders and governmental agencies).

( X )  No unsecured creditor response to the United States Trustee communication/contact for service on the committee.

( )    Insufficient response to the United States Trustee communication/contact for service on the committee.

( )    No unsecured creditor interest

( )    Non-operating debtor-in-possession - - No creditor interest.

( )    Application to convert to Chapter 7 or to dismiss pending.

( )    Converted or dismissed.

( )    Other:

                                                   **ROBERTA A. DEANGELIS
ACTING UNITED STATES TRUSTEE**

                                                   /s/ David M. Klauder for
                                                   William K. Harrington
                                                   Assistant United States Trustee

DATED: April 1, 2010

Trial Attorney Assigned to Case: David M. Klauder, Esq.
cc: Attorney for Debtor: Michael R. Nestor, Esquire