IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REGENT COMMUNICATIONS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 10-10632 (KG)<br><br>Jointly Administered |

## NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 9, 2010 AT 10:00 A.M. (ET)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Regent Communications, Inc., a Delaware corporation (2857); B & G Broadcasting, Inc., a Delaware corporation (9111); Livingston County Broadcasters, Inc., an Illinois corporation (2024); Regent Broadcasting, LLC, a Delaware limited liability company (1632); Regent Broadcasting Management, LLC, a Delaware limited liability company (5451); Regent Broadcasting of Albany, Inc., a Delaware corporation (7566); Regent Broadcasting of Bloomington, Inc., a Delaware corporation (2658); Regent Broadcasting of Buffalo, Inc., a Delaware corporation (7815); Regent Broadcasting of Chico, Inc., a Delaware corporation (1263); Regent Broadcasting of Duluth, Inc., a Delaware corporation (9495); Regent Broadcasting of El Paso, Inc., a Delaware corporation (1469); Regent Broadcasting of Erie, Inc., a Delaware corporation (8859); Regent Broadcasting of Evansville/Owensboro, Inc., a Delaware corporation (9510); Regent Broadcasting of Flagstaff, Inc., a Delaware corporation (3259); Regent Broadcasting of Flint, Inc., a Delaware corporation (6474); Regent Broadcasting of Ft. Collins, Inc., a Delaware corporation (9503); Regent Broadcasting of Grand Rapids, Inc., a Delaware corporation (6790); Regent Broadcasting of Kingman, Inc., a Delaware corporation (3260); Regent Broadcasting of Lafayette, LLC, a Delaware limited liability company (5450); Regent Broadcasting of Lake Tahoe, Inc., a Delaware corporation (1261); Regent Broadcasting of Lancaster, Inc., a Delaware corporation (9505); Regent Broadcasting of Lexington, Inc., a Delaware corporation (0854); Regent Broadcasting of Mansfield, Inc., a Delaware corporation (6796); Regent Broadcasting Midwest, LLC, a Delaware limited liability company (5369); Regent Broadcasting of Palmdale, Inc., a Delaware corporation (5821); Regent Broadcasting of Peoria, Inc., a Delaware corporation (9348); Regent Broadcasting of Redding, Inc., a Delaware corporation (1262); Regent Broadcasting of San Diego, Inc., a Delaware corporation (3044); Regent Broadcasting of South Carolina, Inc., a Delaware corporation (3151); Regent Broadcasting of St. Cloud, Inc., a Delaware corporation (9265); Regent Broadcasting of St. Cloud II, Inc., a Minnesota corporation (6304); Regent Broadcasting of Utica/Rome, Inc., a Delaware corporation (1480); Regent Broadcasting of Watertown, Inc., a Delaware corporation (1476); Regent Broadcasting West Coast, LLC, a California limited liability company (8962); Regent Licensee of Chico, Inc., a Delaware corporation (1681); Regent Licensee of Erie, Inc., a Delaware corporation (8861); Regent Licensee of Flagstaff, Inc., a Delaware corporation (1677); Regent Licensee of Kingman, Inc., a Delaware corporation (9969); Regent Licensee of Lake Tahoe, Inc., a Delaware corporation (2685); Regent Licensee of Lexington, Inc., a Delaware corporation (5710); Regent Licensee of Mansfield, Inc., a Delaware corporation (8147); Regent Licensee of Palmdale, Inc., a Delaware corporation (1678); Regent Licensee of Redding, Inc., a Delaware corporation (1679); Regent Licensee of San Diego, Inc., a Delaware corporation (3036); Regent Licensee of South Carolina, Inc., a Delaware corporation (3136); Regent Licensee of St. Cloud, Inc., a Delaware corporation (9266); Regent Licensee of Utica/Rome, Inc., a Delaware corporation (1482); Regent Licensee of Watertown, Inc., a Delaware corporation (1477). The mailing address for Regent Communications Inc. is Regent Broadcasting Management, LLC, 100 E. RiverCenter Blvd., 9th Floor, Covington, KY 41011.

[2] **Amendments appear in bold.**

## CONTESTED MATTERS GOING FORWARD

1.  First Amended Joint Plan of Reorganization of Regent Communications, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 127, 3/22/10]

    Objection Deadline: April 2, 2010 at 4:00 p.m.

    Related Documents:

    - a) Notice of (A) Plan Confirmation Hearing, (B) Objection and Voting Deadlines and (C) Solicitation and Voting Procedures [D.I. 40, 3/2/10]

    - b) First Amended Disclosure Statement for the First Amended Joint Plan of Reorganization for Regent Communications Corporation, *et al.* [D.I. 128, 3/22/10]

    - c) Notice of Filing of Plan Supplement to Debtors' First Amended Plan of Reorganization [D.I. 183, 3/28/10]

    - d) Certification of Christopher R. Schepper with Respect to the Tabulation of Votes on the Debtors' First Amended Joint Plan of Reorganization of Regent Communications, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 197, 4/6/10]

    - e) Notice of Filing of Proposed Order Confirming Debtors' First Amended Joint Plan of Reorganization of Regent Communications, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 199, 4/6/10]

    - f) Debtors' Response to the Objection of Resilient Capital Management, LLC to Confirmation of the Debtors' Amended Plan of Reorganization [D.I. 201, 4/7/10]

    - g) Debtors' Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Regent Communications, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 202, 4/7/10]

    Objections Filed:

    - h) Objection of Resilient Capital Management, LLC to Confirmation of the Debtors' Amended Plan of Reorganization (Redacted) [D.I. 191, 4/2/10]

    - i) Informal Response of Robert King [4/7/10]

2
DB02:9432447.2                                                                                                    069016.1001

**Additional Related Document:**

    j)    **Notice of Filing of Revised Exhibits to First Amended Joint Plan of Reorganization of Regent Communications, Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 208, 4/7/10]**

Status: The Debtors will have two witnesses, and Resilient will have one witness, available at the hearing, if necessary. This matter will be going forward.

2. Motion of Resilient Capital Management, LLC for an Order Appointing an Equity Committee [D.I. 129, 3/23/10]

   Objection Deadline: April 2, 2010 at 4:00 p.m.

   Related Documents:

       a)    Reply of Resilient Capital Management, LLC to the Debtors' Objection to the Motion for an Order Appointing an Equity Committee [D.I. 204, 4/7/10]

       b)    Letter from Cinda Fitzpatrick [D.I. 206, 4/7/10]

   Objections Filed:

       c)    Debtors' Objection to Motion of Resilient Capital Management, LLC for an Order Appointing an Equity Committee [D.I. 193, 4/2/10]

   **Additional Related Document:**

       d)    **Letter from Don A. Sanders [4/7/10]**

   Status: The Debtors will have two witnesses, and Resilient will have one witness, available at the hearing, if necessary. This matter will be going forward.

3. Motion of Resilient Capital Management, LLC for an Order Authorizing it to File Under Seal an Unredacted Version of (I) Objection of Resilient Capital Management, LLC to Confirmation of the Debtors' Amended Plan of Reorganization and (II) Certain Exhibits to Such Objection [D.I. 192, 4/2/10]

   Related Document:

       a)    Order Shortening Notice of the Motion Relating to Resilient Capital Management, LLC's Motion Authorizing it to File Under Seal and Unredacted Version of (I) the Objection of Resilient Capital Management, LLC to Confirmation of the Debtors' Amended Plan of Reorganization and (II) Certain Exhibits to Such Objection [D.I. 205, 4/7/10]

Objections Filed: None

Status: This matter will be going forward.

Dated: April 8, 2010
Wilmington, Delaware

/s/ Kara Hammond Coyle
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Morgan L. Seward (No. 5388)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

Josef S. Athanas
Caroline A. Reckler
LATHAM & WATKINS LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

ATTORNEYS FOR DEBTORS AND
DEBTORS-IN-POSSESSION