# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Regent Communications, Inc. | | |
| **Case Number:** | 10-10632-KG | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, APRIL 09, 2010 10:00 AM   CRT#3, 6TH FL. | | |
| **Bankruptcy Judge:** | KEVIN GROSS | | |
| **Courtroom Clerk:** | SHERRY SCARUZZI | | |
| **Reporter / ECR:** | JENNIFER PASIERB | | |

## Matter:

Confirmation & Motion to appoint an Equity Committee

**R / M #:**   211 / 0

## Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

## Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - Judge will issue a ruling on Monday  4/12/10
#2 - Judge will issue a ruling on Monday  4/12/10
#3 - Judge will issue a ruling on Monday 4/12/10