## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REGENT COMMUNICATIONS, INC., *et al.*,[1]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 10-10632 (KG)<br><br>Jointly Administered<br><br>**Related Docket No. 295** |

## FINAL DECREE CLOSING THE CHAPTER 11 CASES

---

[1]    The Reorganized Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Regent Communications, Inc., a Delaware corporation (2857); B & G Broadcasting, Inc., a Delaware corporation (9111); Livingston County Broadcasters, Inc., an Illinois corporation (2024); Regent Broadcasting, LLC, a Delaware limited liability company (1632); Regent Broadcasting Management, LLC, a Delaware limited liability company (5451); Regent Broadcasting of Albany, Inc., a Delaware corporation (7566); Regent Broadcasting of Bloomington, Inc., a Delaware corporation (2658); Regent Broadcasting of Buffalo, Inc., a Delaware corporation (7815); Regent Broadcasting of Chico, Inc., a Delaware corporation (1263); Regent Broadcasting of Duluth, Inc., a Delaware corporation (9495); Regent Broadcasting of El Paso, Inc., a Delaware corporation (1469); Regent Broadcasting of Erie, Inc., a Delaware corporation (8859); Regent Broadcasting of Evansville/Owensboro, Inc., a Delaware corporation (9510); Regent Broadcasting of Flagstaff, Inc., a Delaware corporation (3259); Regent Broadcasting of Flint, Inc., a Delaware corporation (6474); Regent Broadcasting of Ft. Collins, Inc., a Delaware corporation (9503); Regent Broadcasting of Grand Rapids, Inc., a Delaware corporation (6790); Regent Broadcasting of Kingman, Inc., a Delaware corporation (3260); Regent Broadcasting of Lafayette, LLC, a Delaware limited liability company (5450); Regent Broadcasting of Lake Tahoe, Inc., a Delaware corporation (1261); Regent Broadcasting of Lancaster, Inc., a Delaware corporation (9505); Regent Broadcasting of Lexington, Inc., a Delaware corporation (0854); Regent Broadcasting of Mansfield, Inc., a Delaware corporation (6796); Regent Broadcasting Midwest, LLC, a Delaware limited liability company (5369); Regent Broadcasting of Palmdale, Inc., a Delaware corporation (5821); Regent Broadcasting of Peoria, Inc., a Delaware corporation (9348); Regent Broadcasting of Redding, Inc., a Delaware corporation (1262); Regent Broadcasting of San Diego, Inc., a Delaware corporation (3044); Regent Broadcasting of South Carolina, Inc., a Delaware corporation (3151); Regent Broadcasting of St. Cloud, Inc., a Delaware corporation (9265); Regent Broadcasting of St. Cloud II, Inc., a Minnesota corporation (6304); Regent Broadcasting of Utica/Rome, Inc., a Delaware corporation (1480); Regent Broadcasting of Watertown, Inc., a Delaware corporation (1476); Regent Broadcasting West Coast, LLC, a California limited liability company (8962); Regent Licensee of Chico, Inc., a Delaware corporation (1681); Regent Licensee of Erie, Inc., a Delaware corporation (8861); Regent Licensee of Flagstaff, Inc., a Delaware corporation (1677); Regent Licensee of Kingman, Inc., a Delaware corporation (9969); Regent Licensee of Lake Tahoe, Inc., a Delaware corporation (2685); Regent Licensee of Lexington, Inc., a Delaware corporation (5710); Regent Licensee of Mansfield, Inc., a Delaware corporation (8147); Regent Licensee of Palmdale, Inc., a Delaware corporation (1678); Regent Licensee of Redding, Inc., a Delaware corporation (1679); Regent Licensee of San Diego, Inc., a Delaware corporation (3036); Regent Licensee of South Carolina, Inc., a Delaware corporation (3136); Regent Licensee of St. Cloud, Inc., a Delaware corporation (9266); Regent Licensee of Utica/Rome, Inc., a Delaware corporation (1482); Regent Licensee of Watertown, Inc., a Delaware corporation (1477). The mailing address for Regent Communications Inc. is Regent Broadcasting Management, LLC, 100 E. RiverCenter Blvd., 9th Floor, Covington, KY 41011.

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (the "Reorganized Debtors") for an order closing the Closing Cases; and the Court having considered the Motion and all related pleadings and documents; and the Court having found that adequate notice has been given under the circumstances; and good and sufficient cause appears therefor, it is hereby:

 ORDERED, that the Motion is granted; and it is further

 ORDERED, that each of the following cases shall be closed, effective as of the date hereof:

 A. Regent Communications, Inc., Case No. 10-10632 (KG);

 B. B & G Broadcasting, Inc., Case No. 10-10633 (KG);

 C. Livingston County Broadcasters, Inc., Case No. 10-10634 (KG);

 D. Regent Broadcasting, LLC, Case No. 10-10635 (KG);

 E. Regent Broadcasting Management, LLC, Case No. 10-10636 (KG);

 F. Regent Broadcasting Midwest, LLC, Case No. 10-10637 (KG);

 G. Regent Broadcasting of Albany, Inc., Case No. 10-10638 (KG);

 H. Regent Broadcasting of Bloomington, Inc., Case No. 10-10639 (KG);

 I. Regent Broadcasting of Buffalo, Inc., Case No. 10-10640 (KG);

 J. Regent Broadcasting of Chico, Inc., Case No. 10-10641 (KG);

 K. Regent Broadcasting of Duluth, Inc., Case No. 10-10642 (KG);

 L. Regent Broadcasting of El Paso, Inc., Case No. 10-0643 (KG);

 M. Regent Broadcasting of Erie, Inc., Case No. 10-10644 (KG);

 N. Regent Broadcasting of Evansville/ Owensboro, Inc., Case No. 10-10645 (KG);

 O. Regent Broadcasting of Flagstaff, Inc., Case No. 10-10646 (KG);

 P. Regent Broadcasting of Flint, Inc., Case No. 10-10647 (KG);

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Q.   Regent Broadcasting of Ft. Collins, Inc., Case No. 10-10648 (KG);

R.   Regent Broadcasting of Grand Rapids, Inc., Case No. 10-10649 (KG);

S.   Regent Broadcasting of Kingman, Inc., Case No. 10-10650 (KG);

T.   Regent Broadcasting of Lafayette, LLC, Case No. 10-10651 (KG);

U.   Regent Broadcasting of Lake Tahoe, Inc., Case No. 10-10652 (KG);

V.   Regent Broadcasting of Lancaster, Inc., Case No. 10-10653 (KG);

W.   Regent Broadcasting of Lexington, Inc., Case No. 10-10654 (KG);

X.   Regent Broadcasting of Mansfield, Inc., Case No. 10-10655 (KG);

Y.   Regent Broadcasting of Palmdale, Inc., Case No. 10-10656 (KG);

Z.   Regent Broadcasting of Peoria, Inc., Case No. 10-10657 (KG);

AA.  Regent Broadcasting of Redding, Inc., Case No. 10-10658 (KG);

BB.  Regent Broadcasting of San Diego, Inc., Case No. 10-10659 (KG);

CC.  Regent Broadcasting of South Carolina, Inc., Case No. 10-10660 (KG);

DD.  Regent Broadcasting of St. Cloud, Inc., Case No. 10-10661 (KG);

EE.  Regent Broadcasting of St. Cloud II, Inc., Case No. 10-10662 (KG);

FF.  Regent Broadcasting of Utica/ Rome, Inc., Case No. 10-10663 (KG);

GG.  Regent Broadcasting of Watertown, Inc., Case No. 10-10664 (KG);

HH.  Regent Broadcasting West Coast, LLC, Case No. 10-10665 (KG);

II.  Regent Licensee of Chico, Inc., Case No. 10-10666 (KG);

JJ.  Regent Licensee of Erie, Inc., Case No. 10-10667 (KG);

KK.  Regent Licensee of Flagstaff, Inc., Case No. 10-10668 (KG);

LL.  Regent Licensee of Kingman, Inc., Case No. 10-10669 (KG);

MM.  Regent Licensee of Lake Tahoe, Inc., Case No. 10-10670 (KG);

NN.  Regent Licensee of Lexington, Inc., Case No. 10-10671 (KG);

OO.  Regent Licensee of Mansfield, Inc., Case No. 10-10672 (KG);

PP.   Regent Licensee of Palmdale, Inc., Case No. 10-10673 (KG);

QQ.   Regent Licensee of Redding, Inc., Case No. 10-10674 (KG);

RR.   Regent Licensee of San Diego, Inc., Case No. 10-10675 (KG);

SS.   Regent Licensee of South Carolina, Inc., Case No. 10-10676 (KG);

TT.   Regent Licensee of St. Cloud, Inc., Case No. 10-10677 (KG);

UU.   Regent Licensee of Utica/ Rome, Inc., Case No. 10-10678 (KG);

VV.   Regent Licensee of Watertown, Inc., Case No. 10-10679 (KG);

and it is further

ORDERED, that a docket entry shall be made in each of the Closing Cases, which reflects the entry of this Order; and it is further

ORDERED, that the entry of this final decree is without prejudice to the rights of any party to seek to reopen these cases pursuant to section 350(b) of the Bankruptcy Code; and it is further

ORDERED, that the Reorganized Debtors shall complete all remaining quarterly reports and pay all quarterly fees due and owing in the Closing Cases within thirty days of entry of this Order; and it is further

ORDERED, that should the Reorganized Debtors fail to file all remaining quarterly reports and pay all quarterly fees due and owing in the Closing Cases within thirty days of entry of this Order, the United States Trustee shall have the right to reopen the Closing Cases to enforce any and all of her rights, including the right to collect all outstanding quarterly fees and demand the filing of all outstanding quarterly reports.

Dated: Wilmington, Delaware
       June 29, 2010

Kevin Gross
United States Bankruptcy Judge