Claims Register by Claim Number

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | A | R | A/R Date | Nature | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/08/10 | 1 | The Soul of Out Band LLC | | 12316 N Cedar St | | | Grand Haven | MI | 49417 | | $1,777.50 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 03/10/10 | 2 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | $1,040.56 | | | | Priority | Regent Broadcasting of Watertown, Inc. | 10-10664 |
| 03/10/10 | 2 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | $1,966.44 | | | | General Unsecured | Regent Broadcasting of Watertown, Inc. | 10-10664 |
| 03/10/10 | 3 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Bbx 5300 | | | Albany | NY | 12205-0300 | | $1.02 | | | | Priority | Regent Broadcasting of Albany, Inc. | 10-10638 |
| 03/10/10 | 3 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | $90.60 | | | | General Unsecured | Regent Broadcasting of Albany, Inc. | 10-10638 |
| 03/10/10 | 4 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | $498.50 | | | | Priority | Regent Broadcasting of Buffalo, Inc. | 10-10640 |
| 03/10/10 | 4 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | | Albany | NY | 12205-0300 | | $150.88 | | | | General Unsecured | Regent Broadcasting of Buffalo, Inc. | 10-10640 |
| 03/11/10 | 5 | BROADCAST ELECTRONICS | | 4100 N 24TH ST | | | QUINCY | IL | 62305-9900 | | $3,088.97 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 03/08/10 | 6 | Staples Inc | Attn Bryan Mannlein | 555 W 112th Ave | | | Northglenn | CO | 80234 | | $1,005.12 | | | | General Unsecured | Regent Broadcasting of Peoria, Inc. | 10-10657 |
| 03/05/10 | 7 | Kemp Smith LLP | Jeanne C Collins | 221 N Kansas Ste 1700 | | | El Paso | TX | 79901 | | $12,069.86 | | | | Secured | Regent Communications, Inc. | 10-10632 |
| 03/15/10 | 8 | Great America Leasing Corporation | | PO Box 609 | | | Cedar Rapids | IA | 52406 | | $16,102.06 | | | | General Unsecured | Regent Broadcasting of Evansville/Owensboro, Inc. | 10-10645 |
| 03/16/10 | 9 | Wells Fargo Financial Leasing Inc | | 800 Walnut St MAC F4031 050 | | | Des Moines | IA | 50309 | | $5,367.54 | | | | Unsecured | Regent Broadcasting of Ft. Collins, Inc. | 10-10648 |
| 03/22/10 | 10 | Ferrellgas | | One Liberty Plz | | | Liberty | MO | 64068 | | $1,238.88 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 03/22/10 | 11 | SZABO ASSOCIATES INC | | 3355 LENOX RD NE 9TH FL | | | ATLANTA | GA | 30326 | | $180.00 | | | | General Unsecured | Regent Broadcasting of Buffalo, Inc. | 10-10640 |
| 03/22/10 | 12 | City of El Paso | David G Ashoet | Linebarger Goggan Blair & Sampson LLP | 711 Navarro Ste 300 | | San Antonio | TX | 78205 | | UNLIQUIDATED | | | | Secured | Regent Broadcasting of El Paso, Inc. | 10-10643 |
| 03/18/10 | 13 | Ervin Leasing Company | | PO Box 1689 | | | Ann Arbor | MI | 48106 | | $9,338.74 | | | | Secured | Regent Communications, Inc. | 10-10632 |
| 03/18/10 | 14 | GMAC | | PO Box 130424 | | | ROSEVILLE | MN | 55113 | | $23,997.90 | | | | Secured | Regent Broadcasting of Lafayette, LLC | 10-10651 |
| 03/19/10 | 15 | GMAC | | PO BOX 130424 | | | ROSEVILLE | MN | 55113 | | $17,516.17 | | | | Secured | Regent Broadcasting of Flint, Inc. | 10-10647 |
| 03/19/10 | 16 | GMAC | | PO BOX 130424 | | | ROSEVILLE | MN | 55113 | | $5,210.91 | | | | Secured | Regent Broadcasting of Flint, Inc. | 10-10647 |
| 03/19/10 | 17 | GMAC | | PO BOX 130424 | | | ROSEVILLE | MN | 55113 | | $2,775.75 | | | | Secured | Regent Broadcasting of Flint, Inc. | 10-10647 |
| 04/02/10 | 18 | Northern States Power Co A Minnesota Corporation dba Xcel Energy | | 3215 Commerce St | | | La Crosse | WI | 54603 | | $3,764.74 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 03/30/10 | 19 | Atmos Energy Kentucky Division A Division of Atmos Energy Corporation | Attn Bankruptcy Group | Atmos Energy Corporation | PO Box 650205 | | Dallas | TX | 75265-0205 | | $682.46 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 03/29/10 | 20 | Consumers Energy Company | Attn Michael G Wilson P33263 | One Energy Plz | | | Jackson | MI | 49201 | | $6,325.24 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 03/30/10 | 21 | Department of the Treasury Internal Revenue Service | Internal Revenue Service | PO Box 21126 | | | Philadelphia | PA | 19114 | | $0.00 | A | | 03/09/2010 | General Unsecured | B&G Broadcasting, Inc. | 10-10633 |
| 03/30/10 | 22 | Department of the Treasury Internal Revenue Service | Internal Revenue Service | PO Box 21126 | | | Philadelphia | PA | 19114 | | $153,641.42 | | | | Priority | B&G Broadcasting, Inc. | 10-10633 |
| 03/29/10 | 23 | State of Louisiana | Louisiana Department of Revenue | PO Box 66658 | | | Baton Rouge | LA | 70896 | | $209.73 | | | | Priority | Regent Broadcasting of Lafayette, LLC | 10-10651 |
| 03/29/10 | 23 | State of Louisiana | Louisiana Department of Revenue | PO Box 66658 | | | Baton Rouge | LA | 70896 | | $122.25 | | | | General Unsecured | Regent Broadcasting of Lafayette, LLC | 10-10651 |
| 03/29/10 | 24 | CIT Technology Financing Services Inc | Weltman Weinberg & Reis Co | 175 S 3rd St Ste 900 | | | Columbus | OH | 43215 | | $1,971.15 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 03/29/10 | 25 | State of Louisiana | Louisiana Department of Revenue | PO Box 66658 | | | Baton Rouge | LA | 70896 | | $8,423.32 | | | | Priority | Regent Broadcasting of Albany, Inc. | 10-10638 |
| 03/28/10 | 25 | State of Louisiana | Louisiana Department of Revenue | PO Box 66658 | | | Baton Rouge | LA | 70896 | | $7,300.00 | | | | General Unsecured | Regent Broadcasting of Albany, Inc. | 10-10638 |
| 03/31/10 | 26 | Broadcast Music Inc | | 320 W 57th St | | | New York | NY | 10019-3790 | | $45,697.71 | | | | Secured | Regent Broadcasting of Albany, Inc. | 10-10638 |
| 04/06/10 | 27 | Indiana Department of Revenue | Bankruptcy Section N 240 | 100 N Senate Ave | | | Indianapolis | IN | 46204 | | $116.45 | | | | General Unsecured | Regent Broadcasting Management, LLC | 10-10636 |
| 04/06/10 | 27 | Indiana Department of Revenue | Bankruptcy Section N 240 | 100 N Senate Ave | | | Indianapolis | IN | 46204 | | $6,900.82 | | | | Priority | Regent Broadcasting Management, LLC | 10-10636 |
| 04/06/10 | 27 | Indiana Department of Revenue | Bankruptcy Section N 240 | 100 N Senate Ave | | | Indianapolis | IN | 46204 | | $1,000.00 | | | | General Unsecured | Regent Broadcasting Management, LLC | 10-10636 |

Claims Register by Claim Number

| Date Filed | Claim No. | Name | Creditor Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Claim Amount | A | R | A/R Date | Nature | Debtor Name | Debtor Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/06/10 | 28 | Texas Comptroller of Public Accounts | Office of the Attorney General | Bankruptcy Collections Division | PO Box 12548 | | Austin | TX | 78711-2548 | | $47,588.75 | | | | Priority | Regent Broadcasting of El Paso, Inc. | 10-10643 |
| 04/05/10 | 29 | Texas Gas Service | | PO Box 31458 | | | El Paso | TX | 79931 | | $290.55 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 04/12/10 | 30 | Tennessee Department of Revenue | c o Attorney General | PO Box 20207 | | | Nashville | TN | 37202-0207 | | $1,018.40 | | | | Priority | Regent Communications, Inc. | 10-10632 |
| 04/12/10 | 31 | The Commissioner of Revenue of the State of Tennessee | Wilbur E Hooks Director | Tax Enforcement Division | c o Attorney General | PO Box 20207 | Nashville | TN | 37202-0207 | | $728.95 | | | | Admin Priority | Regent Communications, Inc. | 10-10632 |
| 04/15/10 | 32 | Qwest Corporation | Attn Jane Frey | 1801 California St Rm 900 | | | Denver | CO | 80202 | | $202.26 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 04/16/10 | 33 | Entergy Gulf States Louisiana LLC | | PO Box 6008 | | | New Orleans | LA | 70174-6008 | | $2,585.46 | | | | General Unsecured | Regent Broadcasting of Lafayette, LLC | 10-10651 |
| 04/19/10 | 34 | Qwest Communications Company LLC | Attn Jane Frey | 1801 California St Rm 900 | | | Denver | CO | 80202-2658 | | $13.41 | | | | General Unsecured | Regent Broadcasting of Peoria, Inc. | 10-10657 |
| 04/19/10 | 35 | Qwest Communications Company LLC | Attn Jane Frey | 1801 California St Rm 900 | | | Denver | CO | 80202-2658 | | $136.82 | | | | General Unsecured | Regent Broadcasting of Collins, Inc. | 10-10649 |
| 04/19/10 | 36 | Qwest Communications Company LLC | Attn Jane Frey | 1801 California St Rm 900 | | | Denver | CO | 80202-2658 | | $353.41 | | | | General Unsecured | Regent Broadcasting of Grand Rapids, Inc. | 10-10648 |
| 04/19/10 | 37 | Qwest Communications Company LLC | Attn Jane Frey | 1801 California St Rm 900 | | | Denver | CO | 80202-2658 | | $54.25 | | | | General Unsecured | Regent Broadcasting of Collins, Inc. | 10-10645 |
| 04/21/10 | 38 | State of Michigan Department of Treasury | Deborah B Waldmeir Asst Attorney General | Cadillac Pl Ste 10 200 | | | Detroit | MI | 48202 | W/D | | | | | General Unsecured | Regent Broadcasting of Evansville/Owensboro, Inc. | 10-10647 |
| 04/21/10 | 39 | State of Michigan Department of Treasury | Deborah B Waldmeir Asst Attorney General | Cadillac Pl Ste 10 200 | 3030 W Grand Blvd | | Detroit | MI | 48202 | W/D | | | | | General Unsecured | Regent Broadcasting of Flint, Inc. | 10-10647 |
| 04/18/10 | 40 | Consumers Energy Company | Attn Michael G Wilson P332683 | One Energy Plz | | | Jackson | MI | 48201 | | $6,875.84 | A | | 03/23/2010 | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 04/21/10 | 41 | GMAC | | PO BOX 130424 | | | ROSEVILLE | MN | 55113 | | $34,188.14 | | | | Secured | Regent Communications, Inc. | 10-10632 |
| 04/21/10 | 41 | GMAC | | PO BOX 130424 | | | ROSEVILLE | MN | 55113 | | UNLIQUIDATED | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 05/07/10 | 42 | Merrill Communications LLC | | One Merrill Cir | | | St Paul | MN | 55108 | | $2,504.67 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 05/03/10 | 43 | AT&T Corp | AT&T Attorney James Grudus Esq | AT&T Inc | One AT&T Way Room 3A218 | | Bedminster | NJ | 07921 | | $168.28 | | | | General Unsecured | Regent Broadcasting of Lancaster, Inc. | 10-10653 |
| 05/03/10 | 44 | AT&T Corp | AT&T Attorney James Grudus Esq | AT&T Inc | One AT&T Way Room 3A218 | | Bedminster | NJ | 07921 | | $53.64 | | | | General Unsecured | Regent Broadcasting of Lafayette, LLC | 10-10651 |
| 05/03/10 | 45 | AT&T Corp | AT&T Attorney James Grudus Esq | AT&T Inc | One AT&T Way Room 3A218 | | Bedminster | NJ | 07921 | | $90.84 | | | | General Unsecured | Regent Broadcasting of El Paso, Inc. | 10-10643 |
| 05/03/10 | 46 | AT&T Corp | AT&T Attorney James Grudus Esq | AT&T Inc | One AT&T Way Room 3A218 | | Bedminster | NJ | 07921 | | $38.48 | | | | General Unsecured | Regent Broadcasting of Albany, Inc. | 10-10638 |
| 05/03/10 | 47 | AT&T Corp | AT&T Attorney James Grudus Esq | AT&T Inc | One AT&T Way Room 3A218 | | Bedminster | NJ | 07921 | | $403.28 | | | | General Unsecured | Regent Broadcasting of Bloomington, Inc. | 10-10639 |
| 05/03/10 | 48 | TW Telecom Inc | | 10475 Park Meadows Dr | | | Littleton | CO | 80124 | | $9,123.59 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 05/04/10 | 49 | TW Telecom Inc | | 10475 Park Meadows Dr | | | Littleton | CO | 80124 | | $9,123.59 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 05/04/10 | 50 | Lafayette Consolidated Government | | PO Box 4024 | | | Lafayette | LA | 70502 | | $3,280.82 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 04/30/10 | 51 | Pantagraph Publishing Co | | 301 W Washington St | | | Bloomington | IL | 61701 | | $1,146.30 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 04/30/10 | 52 | AmerenIP | | 2105 E State Route 104 | | | Pawnee | IL | 62558 | | $3,192.75 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 04/30/10 | 53 | AmerenCIPS | | 2105 E State Route 104 | | | Pawnee | IL | 62558 | | $818.63 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 05/03/10 | 54 | Gallatin River Communications Inc dba CenturyLink | CenturyLink | c o Rex D Rainach APLC | 3622 Government St | | Baton Rouge | LA | 70806-5720 | | $117.38 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 05/17/10 | 55 | AmerenCILCO | | 2105 E State Rte 104 | | | Pawnee | IL | 62558 | | $2,975.61 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |
| 05/21/10 | 56 | US Bancorp Business Equipment Finance Group | Credit & Collections | 1310 Madrid St Ste 100 | | | Marshall | MN | 56258 | | $23,690.87 | | | | Secured | Regent Communications, Inc. | 10-10632 |
| 06/08/10 | 57 | Verizon Bankruptcy | Attn Bankruptcy Department | PO Box 407 | | | Westfield | IN | 46074 | | $994.81 | | | | General Unsecured | Regent Communications, Inc. | 10-10632 |