## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

| | | | |
|---|---|---|---|
| Debtor's Name: | Regent Communications | Bank: | PNC Bank |
| Bankruptcy Number: | 10-10632 (KG) | Account Number: | XXXXX3755 |
| Date of Confirmation: | 6/29/2010 | Account Type: | Concentration |
| Reporting Period (month/year): | April 1, 2010 - June 30, 2010 | | |

| | | |
|---|---|---|
| Beginning Cash Balance: | | $14,017,672.76 |
| All receipts received by the debtor: | | |
| Cleared Cash Collections: | $20,039,325.34 | |
| Proceeds from Litigation (settlement or otherwise): | $0.00 | |
| Sale of Debtor's Assets: | $0.00 | |
| Capital Infusion pursuant to the Plan: | $0.00 | |
| Total of cash received: | | $20,039,325.34 |
| Total of cash available: | | $34,056,998.10 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | | $5,350,744.20 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | | $3,043,724.97 |
| All other disbursements made in the ordinary course: | | $20,844,528.63 |
| Total Disbursements | | $29,238,997.80 |
| Ending Cash Balance | | $4,818,000.30 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/10/10
Name/Title: Greg Yolkin, VP/Controller
Debtor: Regent Communications, Inc.
Case Number: 10-10632

|  | 4/30/2010 | 5/31/2010 | 6/30/2010 |
|---|---:|---:|---:|
| **Assets:** | | | |
| *Current Assets* | | | |
| Cash (Unrestricted) | $5,812.54 | $4,775.40 | $4,518.16 |
| Cash (Restricted) | 300.00 | 300.00 | 300.37 |
| Accounts Receivable (Net) | 11,659.48 | 13,173.95 | 14,699.32 |
| Barter Accounts Receivable | 610.19 | 549.32 | 551.56 |
| Prepaid Expenses | 1,619.95 | 2,164.35 | 1,909.32 |
| Other (Attach List) | 882.22 | 879.72 | 880.36 |
| Assets Held for Sale | 155.87 | 155.87 | 155.87 |
| Total Current Assets | $21,040.25 | $21,998.61 | $23,014.95 |
| Total Current Assets | | | |
| | | | |
| *Long-Term Assets* | | | |
| Property, Plant & Equipment | $62,543.66 | $62,686.63 | $62,821.88 |
| Less: Accumulated Depreciation/Depletion | (33,572.15) | (33,860.31) | (34,148.47) |
| Total Property, Plant & Equipment | $28,971.52 | $28,826.32 | $28,673.41 |
| Intangible assets, net | 108,900.69 | 108,900.63 | 108,900.57 |
| Other (Attach List) | 251.71 | 250.99 | 255.87 |
| Total Long-Term Assets | $138,123.92 | $137,977.94 | $137,829.85 |
| | | | |
| **Total Assets** | $159,164.17 | $159,976.55 | $160,844.80 |
| | | | |
| **Liabilities & Stockholder's Equity:** | | | |
| *Current Liabilities* | | | |
| Accounts Payable | $909.22 | $711.60 | $1,746.17 |
| Barter Accounts Payable | 716.56 | 696.96 | 684.46 |
| Accrued Compensation | 2,022.90 | 3,064.70 | 3,477.43 |
| Accrued Miscellaneous | 8,105.65 | 9,174.17 | 8,743.70 |
| Accrued Taxes | 294.86 | 182.47 | 272.12 |
| Deferred Revenue | 1,644.58 | 1,803.38 | 1,126.48 |
| Interest Payable | 65.18 | 576.46 | 134.27 |
| Swap Liability | 0.00 | 0.00 | 30.82 |
| Current Portion of Notes Payable | 139.35 | 137.59 | 135.79 |
| Current Portion of Long-term Debt | 950.00 | 950.00 | 950.00 |
| Total Current Liabilities | $14,848.30 | $17,297.33 | $17,301.24 |
| | | | |
| *Long-Term Liabilities* | | | |
| Long-term Debt, Less Current Portion | $119,083.33 | $119,341.66 | $119,345.83 |
| Other Long-term Liabilities | 2,542.52 | 2,531.56 | 2,536.63 |
| Total Long-term Liabilities | $121,625.86 | $121,873.22 | $121,882.46 |
| | | | |
| **Total Liabilities** | $136,474.16 | $139,170.54 | $139,183.70 |
| | | | |
| *Stockholders' Equity* | | | |
| Common Stock | $44,300.00 | $44,300.00 | $44,300.00 |
| Retained Earnings (Deficit) | (21,609.99) | (23,493.99) | (22,638.91) |
| Total Equity (Deficit) | $22,690.01 | $20,806.01 | $21,661.09 |
| | | | |
| **Total Liabilities & Stockholders' Equity (Deficit)** | $159,164.17 | $159,976.55 | $160,844.80 |

In re Regent Communications, Inc., et al

Case No. 10-10632 (KG)
Jointly Administered
Reporting Period: April 1, 2010 - June 30, 2010

SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| Debtor | Case Number | Cash Receipts | Cash Disbursements |
|---|---|---|---|
| Regent Communications, Inc. | 10-10632 (KG) | | |
| Regent Broadcasting, LLC | 10-10635 (KG) | | |
| Regent Broadcasting Management, LLC | 10-10636 (KG) | $385,453.33 | ($3,383,995.45) |
| Regent Broadcasting of Albany, Inc. | 10-10638 (KG) | 1,640,420.77 | (1,087,375.23) |
| Regent Broadcasting of Bloomington, Inc. | 10-10639 (KG) | 1,450,020.40 | (959,436.24) |
| Regent Broadcasting of Buffalo, Inc. | 10-10640 (KG) | 4,050,906.66 | (2,131,838.41) |
| Regent Broadcasting of El Paso, Inc. | 10-10643 (KG) | 1,286,117.48 | (1,090,171.34) |
| Regent Broadcasting of Evansville/Owensboro, Inc. | 10-10645 (KG) | 1,465,667.91 | (1,035,576.89) |
| Regent Broadcasting of Flint, Inc. | 10-10647 (KG) | 1,393,880.94 | (843,051.02) |
| Regent Broadcasting of Ft. Collins, Inc. | 10-10648 (KG) | 1,154,645.10 | (742,191.40) |
| Regent Broadcasting of Grand Rapids, Inc. | 10-10649 (KG) | 1,592,412.24 | (1,270,458.25) |
| Regent Broadcasting of Lafayette, LLC | 10-10651 (KG) | 2,008,644.22 | (1,069,523.85) |
| Regent Broadcasting of Peoria, Inc. | 10-10657 (KG) | 931,367.72 | (743,725.36) |
| Regent Broadcasting of St. Cloud, Inc. | 10-10661 (KG) | 1,715,748.40 | (1,309,465.11) |
| Regent Broadcasting of Utica/Rome, Inc. | 10-10663 (KG) | 960,105.31 | (602,690.49) |
| Total | | $20,035,390.48 | ($16,269,499.04) |